BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Varela

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-00483 SBA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER REQUESTING CONTINUANCE OF CHANGE OF PLEA AND SENTENCING HEARING** |
| v. | ) | |
| DANIEL DONATO VARELA | ) | Hearing Date: January 12, 2010 |
| Defendant. | ) | Requested Date: January 26, 2010 |

The above-captioned matter is set on January 12, 2010 for change of plea and sentencing. Defense counsel will be engaged in trial before Judge Wilken on that date. Accordingly, the parties ask that the date for entry of plea and sentencing be changed to January 26, 2010 at 10:00 a.m. The assigned United States Probation Officer is available on that date. The parties further stipulate and request that the Court exclude time between the date of this stipulation and January 26, 2010 under the Speedy Trial Act for continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B(i), and (B)(iv).

Stip to Continue Plea and Sentencing,
CR 09-0483 SBA                                    1

1

2  January 5, 2010                                  /s/
                                        NED SMOCK
3                                       Assistant Federal Public Defender

4

5  January 5, 2010                                  /s/
                                        WADE RHYNE
6                                       Assistant United States Attorney

7                         SIGNATURE ATTESTATION

8     I hereby attest that I have on file all holograph signatures for any signatures indicated by

9  a "conformed" signature (/S/) within this e-filed document.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip to Continue Plea and Sentencing,
CR 09-0483 SBA                                  2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the change of plea and sentencing hearing date of January 12, 2010 is vacated, and a new date for change of plea and sentencing is set for January 26, 2010 at 10:00 a.m. Time between this date and January 26, 2010 is excluded under the Speedy Trial Act to allow for continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B(i), and (B)(iv).

IT IS SO ORDERED.

1/11/10
Date

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge